**No. 51087.**—Protests 61035–K, etc., of J. S. Hoffman Co., Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to that the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706), Abstract 42146, and Abstract 48269. In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

**No. 51088.**—Protests 96990–K, etc., of E. Lasry Co. et al. (New York).

Opinion by KEEFE, J. It was stipulated that certain items of the merchandise consist of cheese similar in all material respects to the Romano, Sbrinz, Sardo, Provolone, and Pecorino cheese the subject of *Scaramelli* v. *United States* (9 Cust. Ct. 270, C. D. 706). In accordance therewith it was held that an allowance of 2½ percent should have been made in the weight of the cheese by the collector in computing the duty thereon to compensate for the weight of the inedible coverings on the outside of the cheese. The protests were sustained to this extent.

**No. 51089.**—Protest 121471–K of W. J. Byrnes & Co. of N. Y., Inc. (New York).

Opinion by KEEFE, J. From an examination of the papers in the case the court was unable to find anything sufficient to overcome the action of the collector which was presumptively correct. The protest was therefore overruled.

**No. 51090.**—Protests 120831–K, etc., of Austin, Nichols & Co., Inc. et al. (New York).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.